UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO: 09-171

JAMAL HUDSON                                SECTION: R

**ORDER AND REASONS**

Before the Court is petitioner Jamal Hudson's motion to
proceed *in forma pauperis* on appeal.[1] Because Hudson has
presented the issues he intends to pursue on appeal and has
demonstrated his inability to pay the costs of appeal, the Court
GRANTS Hudson's motion.

**I.  BACKGROUND**

Hudson is presently incarcerated at the Federal Correctional
Institution in Terminal Island, California after his conviction
for bank fraud, conspiracy to commit access fraud, and access
device fraud.[2] Hudson filed an appeal on May 25, 2012.[3] He first
moved to proceed with his appeal *in forma pauperis* on June 15,
2012.[4] The Court denied Hudson's motion, because he failed to

---

[1]     R. Doc. 266.

[2]     R. Doc. 256.

[3]     R. Doc. 252.

[4]     R. Doc. 258.

state the specific issues he intended to raise on appeal.[5] Hudson now submits a second motion to proceed *in forma pauperis*.


## II.  STANDARD

A district court has discretion in deciding whether to grant or deny a request to proceed *in forma pauperis. See Prows v. Kastner,* 842 F.2d 138, 140 (5th Cir. 1988); *Williams v. Estelle,* 681 F.2d 946, 947 (5th Cir. 1982). A plaintiff may proceed with an appeal *in forma pauperis* when he provides the district court with an affidavit that "states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1)(C); 28 U.S.C. § 1915(a)(1) (requiring affidavit to "state the nature of the ... appeal and affiant's belief that the person is entitled to redress"). A litigant who wishes to proceed *in forma pauperis* must also "submit[] an affidavit that includes a statement ... that [he] is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). The district court must inquire as to whether the costs of appeal would cause an undue financial hardship. *Prows,* 842 F.2d at 140; *see also Walker v. Univ. of Tex. Med. Branch,* No. 08-417, 2008 WL 4873733, at *1 (E.D. Tex. Oct. 30, 2008) ("The term 'undue financial hardship' is not defined and, therefore, is a flexible concept. However, a pragmatic rule of thumb contemplates that undue financial

---

[5]     R. Doc. 262.

hardship results when prepayment of fees or costs would result in the applicant's inability to pay for the 'necessities of life.'") (quoting *Adkins v. E.I. DuPont de Nemours & Co.,* 335 U.S. 331, 339 (1948)).

## III. DISCUSSION

In his motion to proceed *in forma pauperis,* Hudson has corrected the deficiency of his earlier motion by providing an extensive discussion of the issues he wishes to raise on appeal. *See* 28 U.S.C. § 1915(a)(1); Fed. R. App. P. 24(a)(1)(C). Although Hudson does not provide the Court with financial information that details how the costs of appeal would unduly burden him, he states that the "Court has approved [his] inability to pay fees related to appeal," in reference to the Court's Order denying his first motion to proceed *in forma pauperis*.[6] Through this statement, Hudson incorporates his earlier financial disclosures into the present motion. In his first motion filed in June 2012, Hudson submitted evidence that his inmate account balance was $1.25 and that the average of his monthly deposits for the preceding six months was $19.74.[7] Hudson also indicated that his only asset is a car valued at $1500 and that he receives veteran disability benefits in the amount of $123 per month, which is

---

[6]    R. Doc. 266 at 2.

[7]    R. Doc. 258.

used to support his wife and three children.[8] Hudson has remained incarcerated since June 2012, and it is therefore unlikely that his finances have improved since he submitted his financial information. Based on Hudson's lack of financial assets and his familial obligations, the Court finds that Hudson has demonstrated that paying the costs associated with his appeal would cause him undue hardship.

## IV.  CONCLUSION

For the foregoing reasons, the Court GRANTS petitioner's motion to proceed *in forma pauperis* on appeal.

New Orleans, Louisiana, this 25th day of September, 2012.

*Sarah Vance*
_____
SARAH S. VANCE

UNITED STATES DISTRICT JUDGE

---

[8]     *Id.*

4